AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| PATRICIA DODD | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. |
| ROBERT GLASER, IN HIS OFFICIAL CAPACITY; CESAR MALDONADO, IN HIS OFFICIAL CAPACITY; AND HOUSTON COMMUNITY COLLEGE | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROBERT GLASER
2127 Tangley St.
Houston, TX 77005
Or Wherever He May Be Found


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin L. Hall, III
The Hall Law Group, PLLC
530 Lovett Blvd.
Houston, TX 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: July 9, 2021

*s/ H. Lerma*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

PATRICIA DODD )
)
)
)
*Plaintiff(s)* )
v. )   Civil Action No.
ROBERT GLASER, IN HIS OFFICIAL CAPACITY; )
CESAR MALDONADO, IN HIS OFFICIAL )
CAPACITY; AND HOUSTON COMMUNITY )
COLLEGE )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CESAR MALDONADO
748 W 42nd St.
Houston, TX 77018
Or Wherever He May Be Found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin L. Hall, III
The Hall Law Group, PLLC
530 Lovett Blvd.
Houston, TX 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: July 9, 2021

*s/ H. Lerma*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| PATRICIA DODD | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| ROBERT GLASER, IN HIS OFFICIAL CAPACITY; CESAR MALDONADO, IN HIS OFFICIAL CAPACITY; AND HOUSTON COMMUNITY COLLEGE | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

HOUSTON COMMUNITY COLLEGE
c/o Chancellor Cesar Maldonado (Or Other Authorized Representative)
748 W. 42nd St.
Houston, TX 77018
Or Wherever He/They May Be Found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin L. Hall, III
The Hall Law Group, PLLC
530 Lovett Blvd.
Houston, TX 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: July 9, 2021

*s/ H. Lerma*
*Signature of Clerk or Deputy Clerk*