IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA DODD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-02216 |
| | § | |
| ROBERT GLASER, IN HIS OFFICIAL CAPACITY; CESAR MALDONADO, IN HIS OFFICIAL CAPACITY; AND HOUSTON COMMUNITY COLLEGE, | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF APPEARANCE

Please take notice that, in addition to Paul A. Lamp, Melissa M. Goins of KARCZEWSKI | BRADSHAW | SPALDING, 3700 Buffalo Speedway, Suite 560, Houston, Texas 77098, enters her appearance as counsel for Cesar Maldonado, in his official capacity, in the above-captioned action. Paul A. Lamp will serve as attorney-in-charge for Cesar Maldonado, in his official capacity.

Respectfully submitted,

KARCZEWSKI | BRADSHAW | SPALDING

/s/ Paul A. Lamp
PAUL A. LAMP
State Bar No. 24002443
Federal I.D. 21711
plamp@kbslawgroup.com
MELISSA M. GOINS
State Bar No. 24074671
Federal I.D. 2089537
mgoins@kbslawgroup.com
3700 Buffalo Speedway, Suite 560
Houston, Texas 77098

1

Telephone: 713-993-7060
Facsimile: 888-726-8374

ATTORNEYS FOR CESAR MALDONADO,
IN HIS OFFICIAL CAPACITY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via electronic mail and/or ECF on July 16, 2021, addressed as follows:

Benjamin L. Hall, III
The Hall Law Group, PLLC
530 Lovett Blvd.
Houston, Texas 77006
bhall@bhalllawfirm.com
*(via* CM/ECF)

George J. Hittner
The Hittner Group, PLLC
P.O. Box 541189
Houston, Texas 77254
george.hittner@thehittnergroup.com
*(via* CM/ECF)

James Ardoin
Jimmy Ardoin & Associates, PLLC
4900 Fournace Place, Suite 550
Houston, Texas 77401
jimmy@jimmyardoinlaw.com
*(via* CM/ECF)

/s/ Paul A. Lamp
Attorney for Cesar Maldonado, in his
official capacity