UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA DODD | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-02216 |
| | § | |
| ROBERT GLASER, IN HIS OFFICIAL | § | JURY DEMANDED |
| CAPACITY; CESAR MALDONADO, IN | § | |
| HIS OFFICIAL CAPACITY, AND | § | |
| HOUSTON COMMUNITY COLLEGE | § | |
| *Defendants.* | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF COURT:

Pursuant to FED. R. CIV. P. 7.1, Plaintiff Patricia Dodd submits this Certificate of Interested Parties and provides the following list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Plaintiff Patricia Dodd

    Counsel for Plaintiff Patricia Dodd:

    BENJAMIN L. HALL, III
    STATE BAR NO. 0874374
    FEDERAL BAR NO. 8787
    WILLIAM VAN FLEET
    STATE BAR NO. 20494750
    FEDERAL BAR NO. 3670
    BHALL@THLF.US
    BVFLEET@COMCAST.NET
    THE HALL LAW FIRM
    530 LOVETT BLVD.
    HOUSTON, TEXAS 77006
    (713) 942-9600

    GEORGE HITTNER
    THE HITTNER GROUP, PLLC

1

STATE BAR NO. 24038959
S.D. TX NO. 431901
GEORGE.HITTNER@THEHITTNERGROUP.COM
P.O. BOX 541189
HOUSTON, TEXAS 77254
(713) 505-1003

JIMMY ARDOIN
JIMMY ARDOIN & ASSOCIATES, PLLC
STATE BAR NO. 24045420
S.D. TX NO. 571281
JIMMY@JIMMYARDOINLAW.COM
4900 FOURNACE PLACE, SUITE 550
HOUSTON, TEXAS 77401
(713) 574-8900

2. Defendants
    Robert Glaser
    Cesar Maldonado
    Houston Community College

    Counsel for Robert Glaser, Cesar Maldonado, and Houston Community College:

    PAUL LAMP
    MELISSA GOINS
    KARCZEWSKI BRADSHAW SPALDING
    3700 BUFFALO SPEEDWAY, SUITE 560
    HOUSTON, TEXAS 77098
    713-993-7075

Respectfully submitted,

**THE HALL LAW GROUP, PLLC**

*/s/ Benjamin L. Hall, III*
**Benjamin L. Hall, III**
State Bar No. 08743745
Federal Bar No. 8787
bhall@bhalllawfirm.com
**William L. Van Fleet II**
State Bar No. 20494750
Federal Bar No. 3670
bvfleet@comcast.net
THE HALL LAW GROUP
530 Lovett Blvd.

        Houston, Texas 77006
        Telephone: (713) 942-9600
        Facsimile: (713) 942-9566

        -AND-

        **THE HITTNER GROUP, PLLC**

        **George J. Hittner**
        State Bar No. 24038959
        S.D. TX No. 431901
        george.hittner@thehittnergroup.com
        P.O. Box 541189
        Houston, Texas 77254
        Phone: (713) 505-1003

        -AND-

        **JIMMY ARDOIN & ASSOCIATES, PLLC**

        **James Ardoin**
        State Bar No. 24045420
        S.D. TX No. 571281
        4900 Fournace Place, Suite 550
        Houston, Texas 77401
        Phone: (713) 574-8900
        Toll Free: (888) 701-8509
        Email: jimmy@jimmyardoinlaw.com

        **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record were served with Plaintiff's Certificate of Interested Parties on July 16, 2021.

*/s/ Benjamin L. Hall, III*
**Benjamin L. Hall, III**
