## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA DODD | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | CIVIL ACTION NO. 4:21-cv-02216 |
| | § | |
| ROBERT GLASER, IN HIS OFFICIAL | § | JURY DEMANDED |
| CAPACITY; CESAR MALDONADO, IN | § | |
| HIS OFFICIAL CAPACITY, AND | § | |
| HOUSTON COMMUNITY COLLEGE | § | |
| *Defendants.* | § | |

### PLAINTIFF'S SECOND SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Patricia Dodd

("Plaintiff") provide the following supplemental Rule 26 disclosures:

Respectfully submitted,

**THE HALL LAW GROUP, PLLC**

*/s/ Benjamin L. Hall, III*
**Benjamin L. Hall, III**
State Bar No. 08743745
Federal Bar No. 8787
bhall@bhalllawfirm.com
**William L. Van Fleet II**
State Bar No. 20494750
Federal Bar No. 3670
bvfleet@comcast.net
THE HALL LAW GROUP
530 Lovett Blvd.
Houston, Texas 77006
Telephone:  (713) 942-9600
Facsimile:  (713) 942-9566

-AND-

**THE HITTNER GROUP, PLLC**

**George J. Hittner**

State Bar No. 24038959
S.D. TX No. 431901
george.hittner@thehittnergroup.com
P.O. Box 541189
Houston, Texas 77254
Phone: (713) 505-1003

-AND-

**JIMMY ARDOIN & ASSOCIATES,
PLLC**

**James Ardoin**
State Bar No. 24045420
S.D. TX No. 571281
4900 Fournace Place, Suite 550
Houston, Texas 77401
Phone: (713) 574-8900
Toll Free: (888) 701-8509
Email: jimmy@jimmyardoinlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that all counsel of record were served with Plaintiffs' Second

Supplemental 26(a)(1) Disclosures on July 30, 2021.

*/s/ Benjamin L. Hall, III*

**Benjamin L. Hall, III**

## PRELIMINARY STATEMENT

Plaintiffs incorporate by reference the following into all prior and subsequent disclosures, if any, they have or will provide in this action.

Plaintiffs' disclosures are made subject to and without waiving Plaintiff's right to protect any and all communications protected under the attorney-client privilege and attorney work-product doctrine.

## INITIAL DISCLOSURE

(i)     The name and, if known, the address and telephone number of each individual likely to have the discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

Each of the following persons is believed to have information and knowledge relevant to either the claims, defenses, and/or damages involved in this litigation:

1.      **Plaintiff: Patricia Dodd**

        **Attorneys for Plaintiff:**

        **Benjamin L. Hall, III**
        **William Van Fleet**
        **THE HALL LAW FIRM**
        **530 Lovett Blvd.**
        **Houston, Texas 77006**
        **(713) 942-9600**

        **George Hittner**
        **The Hittner Group, PLLC**
        **P.O. Box 541189**
        **Houston, Texas 77254**
        **(713) 505-1003**

        **Jimmy Ardoin**
        **Jimmy Ardoin & Associates, PLLC**
        **4900 Fournace Place, Suite 550**
        **Houston, Texas 77401**
        **(713) 574-8900**

2.      **Defendants:**

      **Robert Glaser**
      **Houston Community College**
      **Cesar Maldonado**

      **Attorneys for Defendants:**

      **Paul Lamp**
      **Melissa Goins**
      **Karczewski Bradshaw Spalding**
      **3700 Buffalo Speedway, Suite 560**
      **Houston, Texas 77098**
      **713-993-7075**

*3.*      **Janet May**
      **Shirriaya Walker**
      **Thomas Anderson**
      **Rogelio Anasagasti**
      **E. Ashley Smith**
      **Izzy Anderson**
      **Paul Lamp**
      **Melissa Goins**
      **Melissa Gonzalez**
      **Renee Mack**
      **David Cross**
      **Greg Cunningham**
      **Alan Ainsworth**
      **Kurt Ewen**
      **Norma Perez**
      **Fheryl Prestage**
      **Rodney Nathan**
      **Charles Smith**
      **Madeline Burillo-Hopkins**
      **Ana Belasquez**
      **Brandy Griffin**
      **James Bailey**
      **John Dziedic**
      **John Boxie**
      **William Carter**
      **Donny Leveston**
      **Aaron Henry**
      **Fredrick Portis**

**Amy Tan**
**Marlene London**
**Melissa Miller Waters**
**Kristi Powers**
**Officers of the HCC Police Department**

*HCC Employees/Attorneys/Vendor (former and present) who participated in, fostered, and/or implemented the complained of conduct alleged in this suit or are believed to have knowledge and/or information relating to same.*

4.      **John P. Hansen**
        **Adriana Tamez**
        **Eva L. Loredo**
        **Reagan Flowers**
        **Monica Flores Richart**
        **Rhonda Skillern-Jones**
        **Cynthia Lenton-Gary**
        **Pretta VanDible Stallworth**
        **Carroll Robinson**
        **Dave Wilson**
        **Chris Oliver**

        **C/O HCC**
        **3100 Main Street**
        **Houston TX 77002**
        **(713) 718-2000**

*These individuals are former or present members of the HCC Board of Trustees and are believed to have knowledge of the Defendants' practices and actions alleged in this case, including but not limited to their de facto ratification and approval of the conduct complained about in this case.*

5.      **Wayne Dolcefino**
        **Dolcefino Consulting**
        **3701 Kirby Dr Ste 560**
        **Houston, TX 77098**
        **(713) 360-6911**

*Investigative journalist who is believed to have documents relating to some of the claims asserted in this case.*

6.      **Brittany Britto**
        **Houston Chronicle**
        **801 Texas St Ste 100**
        **Houston, TX 77002**

(713) 220-7171

*Higher Education reporter for the Houston Chronicle who is believed to possess information regarding the defendants' conduct complained about in this case.*

7.   **U.S. Equal Employment Opportunity Commission**
     **Mickey Leland Building**
     **1919 Smith St.**
     **Houston, TX 77002**
     **(713) 651-4900**

     *Governmental agency that received Plaintiff's sexual harassment, retaliation and ADA charge of discrimination, and supplement to same.*

8.   **Dr. Richard Chen**
     **Baylor Scott & White Dallas Diagnostic Association Plano**
     **4716 Alliance Blvd. Pav II**
     **Plano, TX 75093**
     **(469) 800-6000**

     *Physician familiar with Dr. Dodd's medical history and PTSD.*

9.   **Officers, Administrators, and Members of Harris County Sheriff's Office**
     **1200 Baker St.**
     **Houston, TX 77002**
     **(713) 221-6000**

     *These individuals are believed to have information relating to the sexual actions of Chancellor Cesar Maldonado with a subordinate female at HCC.*

10.  **Kathryn Griffin Grinan**
     **2513 N. MacGregor Way**
     **Houston, Texas 77004**
     **(832) 273-6273**

     *Ms. Griffin-Grinan is a rape victim and rape victim counselor She is consistently hired as an expert by law enforcement and governmental agencies to help recovering sexual assault survivors. She is also familiar with the status of the criminal allegations against Dr. Dodd and the rehabilitation efforts of Plaintiff relating to the trauma alleged in this case.*

11.  **Sheriff Ed Gonzalez**
     **Harris County Sheriff's Office**
     **1200 Baker St.**
     **Houston, TX 77002**
     **(713) 221-6000**

*This individual is believed to have information relating to the relationship between Chancellor Cesar Maldonado and his female subordinate at HCC.*

12. **Officers, Administrators, and Members of Houston Police Department**
   **61 Riesner St.**
   **Houston, TX 77002**
   **(713) 247-4400**

   *These individuals are believed to have information relating to the relationship between Chancellor Cesar Maldonado and his female subordinate(s).*

13. **Benjamin L. Hall, III**
   **State Bar No. 0874374**
   **Federal Bar No. 8787**
   **William Van Fleet**
   **STATE BAR NO. 20494750**
   **FEDERAL BAR NO. 3670**
   **BHALL@THLF.US**
   **BVFLEET@COMCAST.NET**
   **THE HALL LAW FIRM**
   **530 Lovett Blvd.**
   **Houston, Texas 77006**
   **(713) 942-9600**

   **George Hittner**
   **The Hittner Group, PLLC**
   **State Bar No. 24038959**
   **S.D. TX No. 431901**
   **GEORGE.HITTNER@THEHITTNERGROUP.COM**
   **P.O. Box 541189**
   **Houston, Texas 77254**
   **(713) 505-1003**

   **Jimmy Ardoin**
   **Jimmy Ardoin & Associates, PLLC**
   **State Bar No. 24045420**
   **S.D. TX No. 571281**
   **JIMMY@JIMMYARDOINLAW.COM**
   **4900 Fournace Place, Suite 550**
   **Houston, Texas 77401**
   **(713) 574-8900**

   *The above Plaintiff's counsel are familiar with and will provide testimony regarding the necessary and associated fees and costs to prosecute this litigation.*

**Plaintiffs will supplement this disclosure as warranted.**

(ii)     A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**See attached sworn affidavit of former HCC Police Officer, Fredrick Portis, included as Exhibit 1 to this filing.**

**Plaintiff cross identifies all documents listed in Defendants' Initial Disclosure and any subsequent supplemental disclosures, if any.  Such cross adoption does not, however, constitute Plaintiff's consent or agreement to the admissibility or relevance of any such documents and Plaintiff expressly reserves the right to object to the use or admission of any such documents or testimony of any such witness in this case.**

**In addition to exhibits accompanying Plaintiff's Original Petition filed in this matter and the sworn affidavit included as Exhibit 1 to this filing, Plaintiff counsel have more responsive documents in their possession. Plaintiff's counsel is presently having those records imaged and will produce same once that imaging has been completed.**

(iii)    A computation of each category of damages by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary materials, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extend of injuries suffered.

**Response: The named plaintiff believes her compensatory and punitive damages, fees and costs will exceed $10,000,000.**

(iv)    For the inspection and copying as under Rule 34, any insurance agreement under which insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response: None**