# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PATRICIA DODD** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CIVIL ACTION NO. 4:21-cv-02216** |
| | § | |
| **ROBERT GLASER, IN HIS OFFICIAL CAPACITY; CESAR MALDONADO, IN HIS OFFICIAL CAPACITY, AND HOUSTON COMMUNITY COLLEGE** | §§§§ | **JURY DEMANDED** |
| *Defendants.* | § | |

## AFFIDAVIT OF HCC POLICE OFFICER FREDRICK PORTIS

BEFORE ME, the undersigned authority, on this day personally appeared Fredrick Portis, who being by me first duly sworn upon his oath stated the following facts are within his personal knowledge and are true and correct:

1. My name is Fredrick Portis. I am a 45-year-old Black male and reside in Houston, Texas. I file this affidavit under the pains and penalties of perjury, and the Court and parties in this case may rely on the following information as being factually true.

2. Between 2014 and 2017, I was hired by and served as a licensed police officer for Houston Community College. In 2017, I was promoted to the rank of Corporal in the HCC Police Department. As an HCC police officer, I was charged with enforcing the laws of the State of Texas on HCC property. I had the power to detain, arrest and take offenders of the law to jail. While I was hired by HCC as a licensed peace officer, I reported directly to the HCC Chief of Police and his ranking officers. I left HCC in 2020 and continued to work as a police officer with other agencies and governmental entities. I am still a licensed police officer in the State of Texas.



3.   While working at HCC, another police officer and I were called to investigate an alleged domestic dispute between a female vice chancellor of the college named Melissa Gonzalez. The call came in from Chancellor Cesar Maldonado's office and concerned Mrs. Gonzalez having a domestic complaint about her husband's actions toward her. Her husband was the Harris County Sheriff, Ed Gonzalez.

4.   I and the other HCC officer went to Chancellor Maldonado's office to investigate the complaint. Upon arriving, I noticed Mrs. Gonzalez sitting in a chair, with Chancellor Maldonado sitting/standing near her. The Chancellor spoke up and said that Mrs. Gonzalez wanted to file a complaint against her husband, Sheriff Gonzalez, because of suggested violence she had experienced at her home at the hands of the sheriff. With that introduction, I asked Chancellor Maldonado to leave the room while we interviewed the complainant. The Chancellor refused to leave the room and said he insisted on staying in the room. Citing to police policy and protocol, I insisted the Chancellor leave the interrogation and he again refused. After this back and forth trying to get Maldonado to leave the room, I felt the Chancellor threatened the other officer and me with our job when he said something to the following effect: You know I am your boss!" He did this to try to intimidate me.

5.   I remember having my bodycam on and operating at the time we arrived to interview Mrs. Gonzalez, and that bodycam footage was uploaded in HCC's computer system to go along with the investigative report on Mrs. Gonzalez's domestic complaint against her husband, Sheriff Ed Gonzalez. It is my understanding that video is presently still in the possession of HCC but that an administrative block or password is needed to access the report and video.

6.   Because of the Chancellor's demand that he remain in the interrogation room, Mrs. Gonzalez was interviewed with Chancellor Maldonado being present. During the interrogation of Mrs. Gonzalez, Chancellor Maldonado coached her on how to answer the questions and what to say. The jest of the investigation concerned the Sheriff allegedly becoming physical or violent with Mrs. Gonzalez because of her romantic relationship with the Chancellor. The interrogation of Mrs. Gonzalez while Chancellor Maldonado was present was also captured on bodycam and should also be in the



investigative file dealing with Mrs. Gonzalez's complaint against her husband.

7.Because of the people involved in the complaint—the Sheriff, his wife, and the Chancellor—the investigative report was provided to the Chief of HCC Police, Greg Cunningham. After the report was turned in, I had no further involvement in investigating the matter and am not aware of any criminal charges being filed against Sheriff Ed. Gonzalez.

8.If called as a witness in this case I would truthfully repeat the above facts to a jury and the court under oath.

9.I declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge, information, and belief.

Further affiant sayeth not.

_____
Fredrick Portis

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 30th day of July 2021.

_____
Notary Public, State of Texas

ROSALIE A CEDILLO
Notary ID #12333343
My Commission Expires
September 16, 2021