UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA DODD | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-02216 |
| | § | |
| ROBERT GLASER, IN HIS OFFICIAL | § | JURY DEMANDED |
| CAPACITY; CESAR MALDONADO, IN | § | |
| HIS OFFICIAL CAPACITY, AND | § | |
| HOUSTON COMMUNITY COLLEGE | § | |
| *Defendants.* | § | |

# VERIFICATION

As an officer of the Court, I verify the facts stated in the foregoing motion are true.

Executed on November 19, 2021.

_____
Benjamin L. Hall, III