United States District Court
Southern District of Texas
**ENTERED**
November 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA DODD, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-02216 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| ROBERT GLASER, IN HIS OFFICIAL CAPACITY; CESAR MALDONADO, IN HIS OFFICIAL CAPACITY; AND HOUSTON COMMUNITY COLLEGE, | § | |
| Defendants. | | |

## ORDER

Defendants Robert Glaser (in his official capacity), Cesar Maldonado (in his official capacity), and Houston Community College filed an Unopposed Motion to Seal Certain Summary Judgment Materials. See Dkt. 92.

Defendants' request to seal portions of pages 3 & 4 of their Motion for Summary Judgment is granted.

Defendants' request to seal Exhibit B of their Motion for Summary Judgment is granted.

Defendants' request to seal Exhibit B-3 of their Motion for Summary Judgment is granted.

Defendants' request to seal Exhibit E-1 of their Motion for Summary Judgment is granted.

Defendants' request to seal Exhibit F-1 of their Motion for Summary Judgment is granted.

Defendants' request to seal Exhibit G of their Motion for Summary Judgment is granted.

Defendants' request to seal Exhibit H of their Motion for Summary Judgment is granted.

Defendants' request to seal Exhibit H-1 of their Motion for Summary Judgment is granted.

Defendants' request to seal Exhibit I-1 of their Motion for Summary Judgment is granted.

Defendants' request to seal Exhibit Q-2 of their Motion for Summary Judgment is granted.

Defendants' request to seal Exhibit Q-3 of their Motion for Summary Judgment is granted.

Defendants' request to seal Exhibit Y of their Motion for Summary Judgment is granted.

SO ORDERED.

Signed on November 22, 2022, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge