United States District Court
Southern District of Texas
**ENTERED**
January 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA DODD, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-002216 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| ROBERT GLASERS, *et al*, | § | |
| Defendants. | § | |

### ORDER STAYING CASE

By agreement of the parties and pursuant to the settlement conference conducted by the Magistrate Judge, this case is STAYED in its entirety for 90 days from the date of entry of this Order.

SO ORDERED.

Signed on January 12, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge