

# United States Court of Appeals
# for the Fifth Circuit

A True Copy
Certified order issued Jul 12, 2024

*Jyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 24-20131

United States Courts
Southern District of Texas
FILED
July 12, 2024
Nathan Ochsner, Clerk of Court

PATRICIA DODD,

*Plaintiff—Appellant,*

versus

ROBERT GLASER; CESAR MALDONADO, *in his official capacity*; HOUSTON COMMUNITY COLLEGE,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-2216

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of July 12, 2024, pursuant to appellant's motion.

No. 24-20131

> LYLE W. CAYCE
> Clerk of the United States Court
> of Appeals for the Fifth Circuit

By: *Melissa Mattingly*
Melissa V. Mattingly, Deputy Clerk

**ENTERED AT THE DIRECTION OF THE COURT**

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 12, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 24-20131   Dodd v. Glaser
                       USDC No. 4:21-CV-2216

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Melissa V. Mattingly, Deputy Clerk
                                504-310-7719

cc w/encl:
    Ms. Melissa Maynard Goins
    Mr. Benjamin Lewis Hall III
    Mr. Paul A. Lamp